IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY; NORTH RIVER INSURANCE COMPANY, | ) ) ) | |
| Plaintiffs | ) ) | 2:05cv1523 Electronic Filing |
| vs. | ) ) ) | Judge David Stewart Cercone/ |
| TREESDALE, INC.; PITTSBURGH METALS PURIFYING COMPANY, | ) ) | Magistrate Judge Amy Reynolds Hay |
| Defendants | ) ) ) | |
| TREESDALE, INC.; PITTSBURGH METALS PURIFYING COMPANY, Counter-Claimants | ) ) ) ) ) | |
| vs. | ) ) | |
| WESTCHESTER FIRE INSURANCE COMPANY; NORTH RIVER INSURANCE COMPANY, Counter-Defendants | ) ) ) ) | |

## MEMORANDUM ORDER

AND NOW, this /s/ 1st day of May, 2008, after the Plaintiffs filed an action in the above-captioned case, and after Plaintiffs filed a Motion for Summary Judgment [Document No. 34], and after a Report and Recommendation [Document No. 55] was filed by the United States Magistrate Judge giving the parties until April 14, 2008 to file written objections thereto, and objections having been filed by Plaintiffs and a response to objections having been filed by Defendants, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted on behalf of Plaintiffs [Document No. 34] is DENIED.

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Christopher R. Carroll, Esquire
Kristin V. Gallagher, Esquire
CARROLL, McNULTY & KULL
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920

Kevin P. Lucas, Esquire
MANION, McDONOUGH & LUCAS
600 Grant Street
Suite 1414
Pittsburgh, PA 15219

Beth Ann Slagle, Esquire
Frederick J. Francis, Esquire
Richard T. Victoria, Esquire
MEYER, UNKOVIC & SCOTT
1300 Oliver Building
Pittsburgh, PA 15222

Mark D. Shepard, Esquire
BABST, CALLAND, CLEMENTS & ZOMNIR
Two Gateway Center
8th Floor
Pittsburgh, PA 15222